

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00010-CR

EX PARTE KHIRY DESHAWN TAYLOR  §  On Appeal from the 30th District Court

§  of Wichita County (DC30-CV2019-1283)

§  April 23, 2020

§  Per Curiam

§  (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's January 3, 2020 order. Accordingly, we reverse the trial court's order denying appellant Khiry Deshawn Taylor's habeas-corpus application and remand this case to the trial court for further proceedings.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM